| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Nickerson, William M. | 2. Court or Organization<br><br>Maryland | 3. Date of Report<br><br>04/27/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior St | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>101 W. Lombard Street<br>Baltimore MD 21201 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

DISCLOSURE OFFICE   2010 MAY -4 A 9: 59   RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/6/93 | State of Md. Judicial Pension Plan; |
| 2. | |
| 3. | |

Nickerson, William M.

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 04/27/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. monthly | State of Md. Judicial Pension Plan | $29,091.96 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 04/27/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wyeth cmn | A | Dividend | | | Distributed | 10/16/09 | K | E | |
| 2. Bristol Myers Squibb cmn | B | Dividend | K | T | | | | | |
| 3. Chevron Texaco Corp. formerly Chevron Corp. cmn | B | Dividend | K | T | | | | | |
| 4. Coca Cola Co. cmn | B | Dividend | L | T | | | | | |
| 5. Colgate Palmolive Co. cmn | B | Dividend | L | T | | | | | |
| 6. Diamond Offshore Drilling Co. cmn | A | Dividend | K | T | | | | | |
| 7. DuPont, E. I. cmn | A | Dividend | J | T | | | | | |
| 8. Equifax Inc. cmn | A | Dividend | K | T | | | | | |
| 9. General Electric Co. cmn | B | Dividend | K | T | | | | | |
| 10. General Mills Inc. cmn | B | Dividend | K | T | | | | | |
| 11. Johnson & Johnson cmn | C | Dividend | L | T | | | | | |
| 12. Merck & Co., Inc. cmn | A | Dividend | K | T | | | | | |
| 13. Pitney Bowes, Inc. cmn | A | Dividend | J | T | | | | | |
| 14. Procter & Gamble Co. cmn | A | Dividend | J | T | | | | | |
| 15. Mutual Shares Fund | A | Dividend | J | T | | | | | |
| 16. Constellation Energy cmn | A | Dividend | J | T | | | | | |
| 17. Cheesecake Factory Inc. cmn | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Jones Apparel Grp cmn | A | Dividend | J | T | | | | | |
| 19. T.R.P. Md. Tax Free Bond | C | Dividend | L | T | | | | | |
| 20. T.R.P. Tax Exempt M/M | A | Dividend | M | T | | | | | |
| 21. J P Morgan - Trust | A | Distribution | P1 | T | | | | | |
| 22. - J P Morgan Deposit Sweep Inst'l. (Chase Market Rate Acct) | | | | | | | | | |
| 23. - Verizon Communications | | | | | | | | | |
| 24. - Chevron Corp. | | | | | Sold (part) | 06/29/09 | K | | |
| 25. - " " | | | | | Sold (part) | 07/01/09 | K | | |
| 26. - Dow Chemical | | | | | | | | | |
| 27. - Gen Elect Co | | | | | Sold (part) | 07/01/09 | K | | |
| 28. - Exxon Mobil Corp | | | | | Sold (part) | 07/02/09 | K | | |
| 29. - " " " | | | | | Sold (part) | 07/07/09 | L | | |
| 30. - J P Morgan Core Bond Sel Fid Fund | | | | | | | | | |
| 31. - Altria Group, Inc. | | | | | | | | | |
| 32. - American Electric Power Co. Inc. | | | | | | | | | |
| 33. - Bank of America Corp New | | | | | | | | | |
| 34. - Bristol Meyers Squibb Co | | | | | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Citigroup Inc. | | | | | Sold | 01/22/09 | J | | |
| 36. - Consolidated Edison, Inc. | | | | | | | | | |
| 37. - Dominion Resources Inc VA | | | | | | | | | |
| 38. - Eastman Chemical Co | | | | | Sold | 11/05/09 | K | | |
| 39. - Scana Corp | | | | | | | | | |
| 40. - Washington Mut Inc. | | | | | Sold | 09/16/09 | J | | |
| 41. - FNMA 3.375% 12/15/08 | | | | | Redeemed | 12/15/08 | K | | |
| 42. -- Merrill Lynch MTN 4.125% 1/15/09 | | | | | Redeemed | 01/15/09 | K | | |
| 43. - Morgan Stanley 4.25% 5/15/10 | | | | | | | | | |
| 44. - Donnelley RR & Sons Co. | | | | | | | | | |
| 45. - Duke Energy Hldg. Corp. | | | | | | | | | |
| 46. - Travelers Cos. Inc. | | | | | | | | | |
| 47. - Wachovia Corp. 2nd New | | | | | Sold | 09/16/09 | J | | |
| 48. - Whirlpool Corp. | | | | | | | | | |
| 49. - Glaxosmithkline PLC Sponsored ADR | | | | | Sold | 11/05/09 | K | | |
| 50. - Ideare, Inc. | | | | | Sold | 10/27/09 | J | | |
| 51. - Kraft Foods, Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Spectra Energy Corp. | | | | | | | | | |
| 53.  - Fairpoint Communications, Inc. (X) | | | | | Sold | 10/27/09 | J | | |
| 54.  - Philip Morris Int'l., Inc. (X) | | | | | | | | | |
| 55.  - Pitney Bowes, Inc. | | | | | Buy | 07/07/09 | K | | |
| 56.  - " " " | | | | | Sold | 11/05/09 | K | | |
| 57.  - Kellogg Co. | | | | | Buy | 07/07/09 | K | | |
| 58.  - JP Morgan Mun. Bd. Fd. | | | | | Buy | 06/30/09 | L | | |
| 59.  - " " " " | | | | | Buy | 11/03/09 | M | | |
| 60.  - Coca-Cola Co. | | | | | Buy | 07/07/09 | K | | |
| 61.  - Sysco Corp. | | | | | Buy | 07/07/09 | K | | |
| 62.  Dell, Inc. Cmn | | None | | | Sold | 12/15/09 | J | A | |
| 63.  Exxon Mobil Corp cmn | A | Dividend | K | T | | | | | |
| 64.  Intel Corp cmn | A | Dividend | J | T | | | | | |
| 65.  PNC Finl. Svs. Grp. cmn | A | Dividend | K | T | | | | | |
| 66.  Microsoft Corp cmn | A | Dividend | J | T | | | | | |
| 67.  T. Rowe Price Inc. cmn | A | Dividend | K | T | | | | | |
| 68.  Zebra Tech cmn | | None | K | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pfizer Inc cmn | A | Dividend | | | Sold | 12/15/09 | J | A | |
| 70. Wal-Mart Stores cmn | A | Dividend | J | T | . | | | | |
| 71. Fidelity Natl. Info. Svcs. Inc. cmn | A | Dividend | J | T | | | | | |
| 72. Zimmer Hldgs. Inc. cmn | | None | J | T | | | | | |
| 73. Smucker J M Co cmn | A | Dividend | J | T | | | | | |
| 74. Medcohealth Solutions, Inc. cmn | | None | J | T | | | | | |
| 75. W. P. Stewart Growth Fd., Inc. | D | Dividend | | | Sold | 10/13/09 | L | E | |
| 76. " " " " | D | Dividend | | | Sold | 12/01/09 | L | E | |
| 77. Massachusetts Mutual Ins. Co. - whole life policy | C | Dividend | L | T | | | | | |
| 78. Ameriprise Trust Co. ACF W. M. Nickerson IRA | | | | | | | | | |
| 79. - AMEX Insd. M/M acct. | A | Dividend | | | Redeemed | 12/14/09 | J | | |
| 80. - Columbia Acorn Fd. - A | A | Dividend | L | T | | | | | |
| 81. - Riversource Diversified Bd. Fd. Cl A | A | Dividend | K | T | | | | | |
| 82. - Riversource High Yield Bd. Fd. Cl A | A | Dividend | K | T | | | | | |
| 83. - Fidelity ADV Mid Cap Fd. Cl T | | None | | | Sold | 01/12/09 | K | | |
| 84. - I Shares MSCI Emerging Mkts. | A | Dividend | J | T | | | | | |
| 85. - I Shares Russell 1000 Value | A | Dividend | K | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal            R =Cost (Real Estate Only) S =Assessment               T =Cash Market
   (See Column C2)            U =Book Value           V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - I Shares Russell 1000 Growth | A | Dividend | K | T | | | | | |
| 87. - I Shares S&P Europe 350 Index | A | Dividend | J | T | | | | | |
| 88. - I Shares S&P Midcap400 Barra Growth Index Fd. | A | Dividend | K | T | | | | | |
| 89. - I Shares S&P Midcap 400 Barra-Value Index Fd. | A | Dividend | K | T | | | | | |
| 90. - I Shares S&P Smallcap 600 Index Fd. | A | Dividend | K | T | | | | | |
| 91. - Morgan Stanley Capital Trust V | A | Dividend | J | T | | | | | |
| 92. - Fidelity Advisor New Insights - T Fd. | | None | K | T | | | | | |
| 93. - RVS Diverse Equity Inc. - A | | None | | | Sold | 12/11/09 | K | | |
| 94. - MFS Intl. Diverse - A | A | Dividend | K | T | | | | | |
| 95. - Fidelity Advisor Mid Cap II - A | | None | K | T | Buy | 01/12/09 | K | | |
| 96. RSRV U.S. Government -R | A | Dividend | | | Sold | 01/16/09 | J | A | |
| 97. Riversource Intl Sel Val-A Fund | A | Dividend | K | T | | | | | |
| 98. Columbia Mid Cap Value -A Fund | A | Dividend | K | T | | | | | |
| 99. Columbia Small Cap Value A Fund | | None | K | T | | | | | |
| 100. Fidelity Advisor Mid Cap II-A Fd. | | None | K | T | | | | | |
| 101. Morgan Stanley Capital Trust V | A | Dividend | J | T | | | | | |
| 102. Oppenheimer Developing Mkts. - A Fd. | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Riversource Diversified Equity Inc. - A | A | Dividend | | | Sold | 12/11/09 | K | A | |
| 104. Riversource Ret. Adv. Plus Annuity | A | Int./Div. | L | U | | | | | |
| 105. Riversource Ret. Adv. Plus Annuity | A | Int./Div. | L | U | | | | | |
| 106. Windstream Corp. cmn | B | Dividend | | | Sold | 12/15/09 | K | A | |
| 107. Investment property, Baltimore, MD | | None | M | R | | | | | |
| 108. Amish Naturals, Inc. - cmn | | None | | | Sold | 12/15/09 | J | A | |
| 109. Lender Proc. Svcs., Inc. - cmn | A | Dividend | J | T | | | | | |
| 110. Riversource Ret. Adv. 4 Ad. VA Annuity | A | Int./Div. | L | U | | | | | |
| 111. Riversource Rec. & Infra. A Fd. | A | Dividend | J | T | Buy | 12/24/09 | K | | |
| 112. Franklin MD Tax Free Inc. - A | A | Dividend | J | T | Buy | 02/10/09 | J | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 04/27/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, line 41: This asset, as with all of the assets listed under the J P Morgan Trust, beginning at line 21, is only reported to me in accord with the trust's fiscal reporting from July 1 to June 31. Thus, I am limited to reporting for six months of the year prior to the reporting year and the first six months of the reporting year.

Part VII, line 107: As reported for 2008, this property was purchased on 11/07/2007 for $110,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 04/27/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544